IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHAD IVAN DANIELS, | § | |
| | § | |
| Plaintiff Below-<br>Appellant, | § | No. 233, 2017 |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| DOVER DOWNS GAMING &<br>ENTERTAINMENT, | § | |
| | § | C.A. No. K17C-02-013 |
| | § | |
| Defendant Below-<br>Appellee. | § | |
| | § | |

## ORDER

This 21st day of August 2017, it appears to the Court that the appellant's motion to proceed *in forma pauperis* in this appeal was denied by Order dated July 13, 2017. The appellant was instructed to pay the required fees by July 28, 2017 or else his appeal would be dismissed. The appellant has failed to pay the required fees. Dismissal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the within appeal is DISMISSED.

BY THE COURT:

/s/ Gary F. Traynor
Justice